UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| QUEENSGATE ASSOCIATES, LLC | ) | |
| | ) | |
| v. | ) | NO. 3:05-0815 |
| | ) | JUDGE CAMPBELL |
| REGAL CINEMAS, INC. | ) | Bankruptcy Case No. 3:01-11305 |

ORDER

This is an appeal (Docket No. 1, Ex. 3 and Bankr. Docket No. 2142) from the Bankruptcy Court's Order (Docket No. 1, Ex. 4 and Bankr. Docket No. 2140) and Memorandum Opinion (Docket No. 1, Ex. 5 and Bankr. Docket No. 2141) entered on July 25, 2005 sustaining Regal Cinemas, Inc.'s ("Regal") objection to Queensgate Associates, LLC's claim ("Queensgate") for restoration damages. For the reasons stated in the accompanying Memorandum, the decision of the Bankruptcy Court is AFFIRMED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE